# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RUBY JEAN MAY, KELVIN DAVIS, and ROBERT SPEARS,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF RENO, JERRY HOOVER, RPD SGT. WALTER FRAZIER, RPD OFF. PAUL ADAMSON, CITY OF SPARKS, SPD OFF. SCOTT TRACY & SPD OFF. PETE KRALL,<br><br>    Defendants.<br>_____/ | Case No. CV-N-04-0087-LRH-RAM<br><br>**STIPULATION AND PLAINTIFF'S REQUEST FOR EXTENSION TO FILE JOINT PRETRIAL ORDER; ORDER** |

    On September 30, 2008, this Honorable Court entered a minute order scheduling trial in this matter on the stacked calendar of March 24, 2009, at 8:30 a.m. with calendar call to take place on March 12, 2008 (see Docket 171). In addition, the minute order provided that the parties shall submit a proposed joint pretrial order no later than October 31, 2008.

    Due to his counsels' scheduling conflicts during late October, plaintiff needs an extension of the time to file the Joint Pretrial Order. The parties have met and conferred and defendants have no objection to plaintiff's request. Accordingly, the parties stipulate as follows: Good cause exists to

Page 1

extend the date for submission of the joint pretrial order. The remaining parties, plaintiff Robert Spears and defendant RPD Officer Paul Adamson, will need substantial time to consider and draft the joint pretrial order and come to agreement on its final form. This is because the scope of the trial was drastically affected by the Ninth Circuit's action in reversing and remanding this Court's grant of summary judgment on Mr. Spears's Fourth Amendment claim against Officer Adamson while upholding the grant of summary judgment in all other respects.

The rules provide that Plaintiff's counsel is to take the initiative in drafting the JPO. Plaintiff's counsel simply do not have time to do this. Two sole practitioners, have several other pressing deadlines and are currently at the point of being over-extended, regularly working into the night and week-ends. On top of having to attend to discovery and other routine matters associated with their busy civil rights law practice – in addition to the JPO in this case currently due October 31, 2008 – plaintiff's counsel currently face the following court deadlines in late October:

(1) October 20, 2008 – oral argument before the Ninth Circuit Court of Appeals in San Francisco in the matter of *Conn v. City of Reno et al.*, Nevada District Court Case No. 3:05-cv-00595 HDM (RAM), Ninth Circuit Case No. 07-17752;

(2) October 21, 2008 – deposition taking place in Pasadena, California in the matter of *Shook v. Town of Truckee et al.*, Eastern District of California, Case No. 2:06-cv-02865-MCE-EFB;

(3) October 27, 2008 – Joint Pretrial Order due in the case of *Rios et al. v. City of Reno et al.*, Nevada District Court Case No. 3:06-cv-647 BES (RAM);

(4) October 27, 2008 – Oral argument on defendants' motion for summary judgment in the matter of *Zohar v. State of Nevada et al*, Nevada District Court Case No. 3:06-cv-00731 ECR (VPC);

(5) October 29, 2008 – Pretrial conference hearing in Sacramento, California in the *Shook* matter, which trial scheduled to commence December 8, 2008; and

(6) October 30, 2008, Joint Pretrial Order due in *Russell v. City of Reno et al.*, Nevada District Court Case No. 3:04-CV-00679 LRH (RAM), with trial scheduled to commence January 27, 2009, and calendar call scheduled for January 15, 2009.

In addition, counsel's November and December calendars are nearly as busy with oral argument scheduled to take place in the matter of *Bottenberg v. Carson Tahoe Hospital* (Nevada District Court Case No. 3:05-cv-00684-HDM (VPC), Ninth Circuit Case No. 07-16103) and pretrial matters followed by a two-week trial in the *Shook* case.

For these reasons, it is respectfully requested that this Honorable Court extend the deadline for the Joint Pretrial Order to **Friday, January 16, 2008**, a date that will give counsel sufficient time properly to consider, negotiate, and prepare the Joint Pretrial Order and a date that is still more than two months from the date of trial.

**IT IS SO AGREED:**

DATED this 30th of September 2008.

        By: /s/ Diane K. Vaillancourt
           TERRI KEYSER-COOPER
           DIANE K. VAILLANCOURT
           *Attorneys for Plaintiffs*

DATED this 30th day of September 2008.

        By: /s/ Creig Skau
           JOHN J. KADLIC, City Attorney
           CREIG SKAU, Deputy City Attorney
           *Attorneys for the City of Reno Defendants*

**IT IS SO ORDERED:**

DATED this 1st day of October, 2008.

        LARRY R. HICKS
        UNITED STATES DISTRICT JUDGE