1

2

3

4

5

6                                    UNITED STATES DISTRICT COURT

7                                              DISTRICT OF NEVADA

8                                                     * * * * *

9    ROBERT SPEARS,                          )
                                             )     3:04-cv-00087-LRH-RAM
10                        Plaintiff,         )
                                             )     ORDER
11   vs.                                     )
                                             )
12   PAUL ADAMSON,                           )
                                             )
13                        Defendant.         )
     _____ )

14

15          Court Reporter Donna Davidson is requested to prepare and file transcripts of the

16   following:

17          The direct examination in plaintiff's case of witness Walter Frazier;

18          Plaintiff's closing argument by attorney Kaiser-Cooper;

19          That portion of defense attorney Skau's closing argument wherein an objection was made

20   by attorney Vaillancourt to argument concerning "Emperor's Clothes" parable; and

21          Comments by the court after the return of the jury's verdict regarding counsels'

22   performance at trial.

23          Court Reporter Donna Davidson is further requested to file a copy of her invoice dated

24   April 13, 2009, for transcripts ordered by plaintiff's attorney.

25   ///

26   ///

27   ///

28   ///

1        IT IS HEREBY ORDERED that fees for the transcripts designated shall be paid by the

2    United States as provided under 28 U.S.C. § 753(f).

3        DATED this 16th day of June, 2009.

4

5

6    _____

7    LARRY R. HICKS
     UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2