AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

RUBY JEAN MAY, et al.,

        Plaintiffs,

V.

CITY OF RENO, et al.,

        Defendants.

**AMENDED JUDGMENT IN A CIVIL CASE**

CASE NUMBER: **3:04-CV-00087-LRH-RAM**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants City of Reno and City of Sparks' "Request[s] for Clerk's Entry of Judgment Re: Costs (## 232, 234) are **GRANTED.** Pursuant to the Clerk's taxation of costs (## 155, 162), costs are awarded in favor of Defendant City of Reno in the amount of **$6,318.99** and in favor of Defendant City of Sparks in the amount of **$7,741.96**.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant City of Reno in the amount of $6,318.99 against Plaintiffs Ruby Jean May, Kelvin Davis, and Robert Spears, jointly and severally.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant City of Sparks in the amount of $7,741.96 against Plaintiffs Ruby Jean May, Kelvin Davis, and Robert Spears, jointly and severally.

    August 7, 2009                           **LANCE S. WILSON**
                                                                                              Clerk

                                                                                /s/ D. R. Morgan
                                                                                   Deputy Clerk